

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 25 2000
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| TERRY STAMM and<br>MICHAEL STAMM | § | |
| VS. | § | NO. _____<br>100-CV-0202C |
| WAL-MART STORES EAST, INC. | § | |

## NOTICE OF REMOVAL

TO: TERRY STAMM and MICHAEL STAMM, Plaintiffs, and their attorney of record, Mr./ Michael Kovich, 12320 Alameda Trace Circle, Suite 1103, Austin, Texas 78727-6465.

Comes now WAL-MART STORES EAST, INC., Defendant in the above entitled and numbered cause, hereinafter referred to as Defendant, and hereby gives notice to Plaintiffs of the removal of this cause of action, and would show as follows:

1. On the 7th day of August, 2000, Plaintiffs filed a lawsuit against Defendant in Cause No. 6416-D in the 350th District Court of Taylor County, Texas. Service of process was issued upon the Defendant on August 10, 2000. A copy of Plaintiffs' Original Petition is marked as Exhibit "A" and a copy of the notice of service or process through the District Clerk of Taylor County, Texas, is marked as Exhibit "B". No further proceedings have been had in this litigation, other than written discovery from Plaintiff.

2. The above described action is one of which this Court has original jurisdiction under the provisions of Title 28, United States Code, Sections 1332, 1441 and 1446, and is one which may be removed to this Court by the Defendants pursuant to said provisions in that it is a civil action

/

wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, (Plaintiff's Original Petition seeks damages in excess of the minimum jurisdictional limits of the State Court, including exemplary damages and attorney's fees), and is between citizens of different states.

3. The Plaintiff at the time this action was commenced, was and is still a citizen of the State of Texas. The Defendant, at the time this action was commenced, was and is still a corporation organized and existing under the laws of the State of Arkansas, and was then and is still a resident and citizen of the State of Arkansas, having their principal place of business in Bentonville, Arkansas.

4. Defendant promptly after the filing of this notice of removal gave proper notice of such filing to the Plaintiffs and the District Clerk of Taylor County, Texas, as evidenced by the proof of service of the same attached hereto.

WHEREFORE, Defendant prays that Cause No. 6416-D, styled *Terry Stamm and Michale Stamm v. Wal-Mart Stores East, Inc.,* in the 350th Judicial District Court of Taylor County, Texas, be removed to this court and that the court enter an order of removal accordingly.

DATED this _____ day of _____, 2000.

CRAIG, TERRILL & HALE, L.L.P.
P.O. Box 1979
Lubbock, TX 79408-1979
(806) 744-3232
(806) 744-2211 (Fax)

_____
Robert L. Craig, Jr.
SBN 04987300

*Attorneys for Defendant*


THE STATE OF TEXAS

COUNTY OF LUBBOCK

    Robert L. Craig, Jr., being duly sworn, upon oath deposes and says that he is the attorney for the Defendant; that he has read the foregoing notice of removal and that it is true and correct to the best of his knowledge.

_____
Robert L. Craig, Jr.


    SUBSCRIBED AND SWORN TO BEFORE ME by Robert L. Craig, Jr., on this 24th day of August, 2000.

_____
Notary Public, State of Texas

JANICE M. STRICKLAND
Notary Public, State of Texas
My Commission Expires 9-27-2001

## CERTIFICATE OF SERVICE

This notice of removal has been served on the District Clerk of Tayrlor County, Texas, and on the attorney for the Plaintiff on the 24 day of _____Aug_____, 2000, as follows:

Mr. Michael Kovich
Attorney at Law
12320 Alameda Trace Circle, Suite 1103
Austin, Texas 78727-6465

Ms. JoAnn Lackey
District Clerk
Taylor County Courthouse
Abilene, Texas 79602

_____
Robert L. Craig, Jr.