IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

TERRY STAMM and MICHAEL STAMM, )
)
Plaintiffs, )
)
v. )
)
WAL-MART STORES EAST, INC., )
) Civil Action No.
Defendant. ) 1:00-CV-202-C

## ORDER

1. Pursuant to Rule 16(b), F.R.C.P., the Court establishes the following schedule for this case:

    (a) All motions to join other parties and amend the pleadings must be filed by 3:00 p.m. on November 15, 2000.

    (b) All other pretrial motions, including motions for summary judgment, must be filed, with supporting briefs, by 3:00 p.m. on February 15, 2001.

    (c) Unless otherwise identified pursuant to written discovery, experts must be disclosed pursuant to Fed. R. Civ. P. 26(a)(2) by 3:00 p.m. on April 16, 2001.

    (d) All discovery must be completed by 3:00 p.m. on June 15, 2001.

2. Counsel and unrepresented parties are expected to cooperate with each other in conducting discovery, clarifying the issues, and getting the case ready for trial. Specifically, counsel must strictly comply with the mandates set forth in *Dondi Properties Corp. v. Commerce Savs. and Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) (per curiam).

2

3.  Counsel and unrepresented parties are referred to the Local Rules of the Northern District of Texas, the Civil Justice Cost and Delay Reduction Plan of the Northern District of Texas, and the Local Rules of this Court.

4.  All parties will be notified by separate order of the date of trial and the date for filing the proposed pretrial order.

SO ORDERED.

Dated August 31, 2000.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE