IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION



| | |
|---|---|
| TERRY STAMM and MICHAEL STAMM, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WAL-MART STORES EAST, INC., ) | |
| ) Civil Action No. | |
| Defendant. ) 1:00-CV-202-C | |

## ORDER

On February 22, 2001, Plaintiffs filed their Motion for Order of Dismissal Without Prejudice. Defendant has previously answered herein.

IT IS, THEREFORE, ORDERED that counsel for Defendant shall advise the Court of any opposition to the dismissal without prejudice by 9:00 a.m. on March 6, 2001. If no response is filed, the Court will grant the Motion for Order of Dismissal Without Prejudice.

Dated February 27, 2001.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

10